**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00040-CV
_____

### IN RE THOMAS GALVAN D/B/A TOM'S TRUCKING, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-13222**

---

## MEMORANDUM OPINION

On January 19, 2021, relator Thomas Galvan d/b/a Tom's Trucking filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, visiting judge of the 234th District Court of Harris County, to (1) vacate her November 5, 2020 temporary injunction; (2) enter an order declaring the March 21, 2020 temporary injunction void; (3) vacate her November

9, 2020 order denying relator's motion to reconsider the October 5, 2020 order denying relator's motion to dissolve the writ of attachment, writ of sequestration, and writ of garnishment and enter an order granting the same and dissolving the writs.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.